UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sharease Harrison, | Civ. No. 24-2657 (JWB/ECW) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Federal Bureau of Prisons, and Waseca FCI, | |
| Respondents. | |

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on August 7, 2024. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings, **IT IS HEREBY ORDERED** that:

1. The August 7, 2024 Report and Recommendation (Doc. No. 4) is **ACCEPTED**; and

2. Plaintiff Sharease Harrison's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 23, 2024                           *s/ Jerry W. Blackwell*
                                                 JERRY W. BLACKWELL
                                                 United States District Judge